UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

WYATT ET AL                          CASE NO.  2:25-CV-00049

VERSUS                               JUDGE JAMES D. CAIN, JR.

PROGRESSIVE  DIRECT  INSURANCE  MAGISTRATE JUDGE LEBLANC
CO ET AL

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the lack of objections to the Report and Recommendation;

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motions to Amend [docs. 14, 21, 22] be **DENIED** because the proposed amended pleadings do not comply with Local Rule 7.5.

**THUS DONE AND SIGNED** in chambers this 2nd day of July, 2026.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE